UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF SHERVIN PISHEVAR FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 | Case No. 21-MC _____ |

**DECLARATION OF LUCAS BENTO**

Pursuant to 28 U.S.C. § 1746, I, Lucas Bento, declare as follows:

1. I am an attorney duly admitted to practice in New York. My motion for admission Pro Hac Vice in this Court is forthcoming. I am Of Counsel in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Petitioner in this matter.

2. I submit this declaration in support of Mr. Shervin Pishevar ("**Petitioner**")'s *Ex Parte* Application and Petition For An Order to Conduct Discovery For Use In Foreign Proceedings Pursuant To 28 U.S.C. § 1782 (the "**1782 Application**"). Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the 1782 Application and accompanying memorandum of law.

3. Attached as **Exhibit 1** is a proposed order granting Petitioner's 1782 Application.

4. Attached as **Exhibit 2** are draft subpoenas *duces tecum* and *ad testificandum* addressed to the Respondent.

5. Attached as **Exhibit 3** is a true and accurate copy of Bean LLC's registration page on the DC Department of Commerce and Regulatory Affairs website.

6. Attached as **Exhibit 4** is a true and accurate copy of a Bean LLC's corporate details on the Open Corporates webpage available at https://opencorporates.com/companies/us_dc/EXTUID_2909265.

1

7. Attached as **Exhibit 5** is a true and accurate copy of an email communication sent by Alison Anthoine to Lucas Bento on September 17, 2019, which I caused to be printed on October 29, 2019.

8. Attached as **Exhibit 6** is a true and accurate copy of an email communication sent by Alison Anthoine to Lucas Bento on September 17, 2019, which I caused to be printed on October 29, 2019.

9. Attached as **Exhibit 7** is a true and accurate copy of an email communication by Alison Anthoine to Lucas Bento on September 18, 2019, which I caused to be printed on October 29, 2019.

10. Attached as **Exhibit 8** is a true and accurate copy of an email sent by Alison Anthoine to Lucas Bento on September 23, 2019, which I caused to be printed on October 29, 2019.

11. Attached as **Exhibit 9** is a true and accurate copy of an email communication sent by Alison Anthoine to Lucas Bento on October 14, 2019, which I caused to be printed on October 29, 2019.

12. Attached as **Exhibit 10** is a true and accurate copy of an email communication sent by Alison Anthoine to Lucas Bento on August 29, 2019, which I caused to be printed on October 29, 2019.

13. Attached as **Exhibit 11** is a true and accurate copy of a webpage entitled "About Fulbright / J. William Fulbright Foreign Scholarship Board (FFSB) / Members / Shervin Pishevar" located at URL https://eca.state.gov/fulbright/about-fulbright/j-william-fulbright-foreign-scholarshhip-board-ffsb/ffsb-members/shervin, which I caused to be printed on October 30, 2019.

14. Attached as **Exhibit 12** is a true and accurate copy of an email received from Respondent's counsel in the CD Cal Action.

15. Attached as **Exhibit 13** is a true and accurate copy of the Fusion GPS website, available at https://fusiongps.com/.

16. No prior application for similar relief has been made by Petitioner.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in New York, New York on August 6, 2021.

_____

Lucas Bento

3