# EXHIBIT 4

[Webinar] Fighting Financial Crime: The White Box Company Data Revolution – listen to the recording. Listen now

# opencorporates

The Open Database Of The Corporate World

[Company name or number] [Search]

● Companies  ○ Officers

- Log in/Sign up

# BEAN LLC branch

Company Number
    EXTUID_2909265
Native Company Number
    L53032
Status
    Active
Incorporation Date
    15 November 2010 (over 10 years ago)
Company Type
    Limited Liability Company
Jurisdiction
    District of Columbia (US)
Branch
    Branch of BEAN LLC (Delaware (US))
Registered Address

- 1700 Connecticut Ave, Suite 400
- Washington
- 20009
- District of Columbia
- United States

Alternative Names

- FUSION GPS (trading name, - 2013-01-14)
- Fusion GPS (trading name, - 2016-07-30)
- Fusion GPS (trading name, - 2022-04-21)

Agent Name
    GLENN SIMPSON
Agent Address
    4115 MILITARY RD NW, Washington, District of Columbia, 20015
Directors / Officers

- GLENN SIMPSON, agent
- Simpson, Glenn, governor

Registry Page
    https://corponline.dcra.dc.gov/BizEnt...

**Source** District of Columbia Department of Consumer and Regulatory Affairs, https://corponline.dcra.dc.gov/BizEnt..., 14 Jul 2021

Add data *(website, address, etc)*
update from registry

# Explore company network



## Company network

Not yet available for this company. Click to find out more

## Latest Events

2010-11-15 - 2019-03-20
　　Addition of officer Simpson, Glenn, governor
2010-11-15 - 2019-03-20
　　Addition of officer Simpson, Glenn, governor
2019-05-22 - 2019-08-26
　　Removal of officer Simpson, Glenn, governor

See all events

## Corporate Grouping User Contributed

None known. Add one now?
See all corporate groupings

## Similarly named companies

Found 5616. Showing first 10

- 🇺🇸 BEAN, LLC (Washington (US), 24 Jul 2009- )
- 🇺🇸 branch BEAN, LLC - MT (Montana (US), 16 May 2020- )
- 🇺🇸 BEAN, LLC (South Carolina (US), 23 Jan 2007- )
- 🇺🇸 BEAN, LLC (Colorado (US), 24 Apr 2001- )
- 🇺🇸 BEAN LLC (Wisconsin (US), 6 Aug 2019- )
- 🇺🇸 BEAN, LLC (Arizona (US))
- 🇺🇸 Bean, LLC (Minnesota (US), 12 Jan 2015- )
- 🇺🇸 Bean LLC (Mississippi (US), 12 Jul 2020- )
- 🇺🇸 BEAN, LLC (New Mexico (US), 6 Nov 2012- )
- 🇺🇸 BEAN LLC (Delaware (US), 29 Jul 2010- )
- 🇺🇸 Bean LLC (Alaska (US), 6 May 2021- )

## Home company

🇺🇸 BEAN LLC (Delaware (US), 29 Jul 2010- )　details

\* While we strive to keep this information correct and up-to-date, it is not the primary source, and the company registry (see source, above) should always be referred to for definitive information
Data on this page last changed July 14 2021

**Problem/question about this data?** Click here

**API Open Data**

Get this info as json, xml, rdf

## About us

- About
- Blog
- Team
- Governance
- Jobs

## Using our data

- Our data
- Our purpose
- Legal/Licence
- User/Cookie privacy policy
- Public records privacy policy

## Help

- API Reference
- Glossary
- Status

## Contact

- Twitter
- Medium
- Newsletter
- Problems with our data?
- Temporary redaction

## Impact

- Impact
- Grants