# **EXHIBIT 12**

# Lucas Bento

| | |
|---|---|
| **From:** | Andres Rivero <arivero@riveromestre.com> |
| **Sent:** | Friday, June 18, 2021 11:01 PM |
| **To:** | Lucas Bento |
| **Subject:** | Response to 1782 petition subpoena directed to Sam Anson |

**[EXTERNAL EMAIL from arivero@riveromestre.com]**

Dear Lucas:

As discussed, I am supplying the information requested in the subpoena directed to Sam Anson. I will provide a more formal discovery response on Monday but this information will remain unchanged.

1. Mr. Anson has no documents responsive to the subpoena; and
2. Mr. Anson has reason to believe that FusionGPS located in Washington, D.C. provided information to Marcus Barum that was published in his article dated November 11, 2017.

Best regards,

Andres Rivero

## RIVERO MESTRE

**Andres Rivero**
Rivero Mestre LLP
2525 Ponce de Leon Blvd., Suite 1000
Miami, Florida 33134
(O) (305) 445-2500 **|** (D) (305) 445-2513
(C) (305) 613-7781 **|** (F) (305) 445-2505
arivero@riveromestre.com
www.riveromestre.com **|** Bio **|** LinkedIn **|** Vcard

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.