# EXHIBIT 1



## Jenny Afia
Head of Legal, Schillings
London, England, United Kingdom ·

 Schillings

**Contact info**

500+ connections

Connect    🔒 Message    More

## Experience

**Schillings**
14 yrs 8 mos

- **Head Of Legal**
  Jun 2019 – Present · 2 yrs 2 mos
  London, United Kingdom

- **Partner**
  Dec 2006 – Present · 14 yrs 8 mos
  London, United Kingdom

  I help people in the public eye protect their privacy and reputations against arbitrary interference. I believe that privacy is precious and people don't give up their rights just because they've achieved professional success.

  …see more



**Reluctant Head Teacher**
Afia Ferrer Home School
Jan 2021 – Mar 2021 · 3 mos

Responsible for pupils' rapid decline and hatred for all things educational. Skilled at turning ipads on and off.



**Head Teacher**
Afia and Ferrer · Internship
Mar 2020 – Jul 2020 · 5 mos
London, England Metropolitan Area



**Solicitor**
Jones Day
Sep 2002 – Dec 2006 · 4 yrs 4 mos
London, United Kingdom

Corporate litigation

## Education


**Cambridge University**
SPS
1997 – 2000

## Volunteer experience


**Board Member**
artsdepot
Sep 2018 – Mar 2021 • 2 yrs 7 mos
Arts and Culture

artsdepot is a multi-award winning cultural hub. As well as presenting an impactful and broad creative programme, encouraging artistic innovation and supporting artist development, it engages with people of all ages through its extensive participation.


**Member of Digital Task Force**
Children's Commissioner for England
Human Rights

Various projects including drawing attention to how unsuitable online terms and conditions are for children and campaigning for online platforms to have to abide by a new duty of care.


**Legal Advisor**
5Rights
Jan 2014 – Dec 2017 • 4 yrs
Human Rights

Provided legal support and co-authored a report with Baroness Beeban Kidron on persuasive design strategies.

## Accomplishments


**6 Honors & Awards**
Billboard Top Music Lawyers 2021 • 2021 Spears Top Ten Reputation Lawyers • Billboard's 2020 Top Music Lawyers • Reputation and Defamation Lawyer of the Year 2015 • Top 35 under 35 Business Women • Young Lawyer of the Year