# Exhibit 2

**NOT PROTECTIVELY MARKED**

Created by John Ellul on 03/10/2017 12:11

Sent proactively on 1 Aug

If Asked :

For release:

A City of London Police spokesman said:

"Following an investigation into a report of a rape at a location on Poultry, EC2, on Saturday, 27 May 2017, we can confirm that no further action will be taken.

"A 43-year-old man from San Francisco was initially arrested on suspicion of rape before being released under investigation."

ENDS

　　　　　　　DI Anna Rice

**NOT PROTECTIVELY MARKED**