# Exhibit 4

 |<< 6837 >>|

## ENQUIRIES

| | |
|---|---|
| Contact | Marcus Baram |
| Organisation | Fast Company |
| Summary | Ned Hotel assault in June? |
| Enquiry | Your statement says DC Brock but the name on the sheet is DC Brook |
| Comments | |

## RESPONSE

| Response Date | Response Text | Outcome | Returned By | Owner |
|---|---|---|---|---|
| 23/10/2017 11:34 | A typo on my part - CoLP has no officer called DC Brook (or DC Brock) so the reference in the document leads us to believe it is false | Positive | Email | John Ellul |