# Exhibit 6

| | |
|---|---|
| **From:** | Chadha, Paul <Paul.Chadha@cityoflondon.gov.uk> |
| **Sent:** | 25 October 2018 15:13 |
| **To:** | Stefano Ruis |
| **Subject:** | RE: URGENT - Shervin Pishevar - private and confidential & legally privileged : 200904-0002 |

Dear Stefano,

I have now obtained instructions from the City of London Police in respect of your recent request.

Firstly, I can confirm that there is no criminal investigation in respect of the document in question.

The City of London Police is content for me to inform you that the screenshot of the document was supplied to them by Marcus Baram of Fast Company.

The City of London Police is not prepared to provide a copy of the screen shot without a court order requiring disclosure.

Paul Chadha
Chief Lawyer (Litigation)
Comptroller and City Solicitor's Department

Tel: 020 7332 1672

---

**From:** Stefano Ruis <sruis@hickmanandrose.co.uk>
**Sent:** 24 October 2018 10:04
**To:** Chadha, Paul <Paul.Chadha@cityoflondon.gov.uk>
**Cc:** Ben Rose <BRose@hickmanandrose.co.uk>
**Subject:** RE: URGENT - Shervin Pishevar - private and confidential & legally privileged

Paul – I wonder if you could provide an update by the end of today please. I did try to call just now but got your voicemail.

Many thanks

Stefano