# Exhibit 7

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/9/2019

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE APPLICATION OF SHERVIN PISHEVAR FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 | 1:19-mc-00370 (JGK) (SDA)<br><br>**ORDER AUTHORIZING DISCOVERY** |

**STEWART D. AARON, United States Magistrate Judge:**

WHEREAS, Petitioner Shervin Pishevar ("Petitioner") filed an *Ex Parte* Application and Petition for an Order to Conduct Discovery for use in Foreign Proceedings pursuant to 28 U.S.C § 1782 ("Petition"), dated August 6, 2019 (ECF No. 1);

WHEREAS, the Petition is supported by the Declarations of Lucas Bento (ECF No. 4), Lord Macdonald (ECF No. 5) and Charlotte Watson (ECF No. 6), together with related exhibits, and an accompanying Memorandum of Law (ECF No. 3);

WHEREAS, the Court has considered the Petition, Declarations, exhibits, arguments and law presented in connection therewith;

WHEREAS, the Court finds that (a) the statutory requirements of 28 U.S.C. § 1782 are satisfied, (b) the factors identified by the Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004), weigh in favor of granting the Petition, and (c) sufficient basis has been shown for granting the Petition; and

WHEREAS, the granting of the Petition *ex parte* is recognized in this Circuit. *See Gushlak v. Gushlak*, 486 F. App'x 215, 217, 2012 WL 2549813, at *1 (2d Cir. 2012) ("it is neither uncommon nor improper for district courts to grant applications made pursuant to § 1782 *ex parte*").

It is hereby ORDERED that:

1. Petitioner's Petition is GRANTED;

2. Petitioner may seek the requested discovery from Fast Company and Mansueto Ventures LLC ("Respondents"), serve Respondents with the Subpoenas attached as Exhibit 2 to the Declaration of Lucas Bento (ECF No. 4-2), and enforce such discovery consistent with Rule 45 of Federal Rules of Civil Procedure and other applicable law; and

3. Respondents are directed to respond to such Subpoenas pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court.

**SO ORDERED.**

DATED:   New York, New York
         August 9, 2019

_____
STEWART D. AARON
United States Magistrate Judge