# Exhibit 3

**From:** Ellul John [John.Ellul@city-of-london.pnn.police.uk]
**Sent:** Friday, October 20, 2017 12:10 PM
**To:** Marcus Baram
**Subject:** RE: Enquiry - Arrest on 27 May 2017 (NOT PROTECTIVELY MARKED)

Thanks Marcus my mistake - but no one by that name either

---

**From:** Marcus Baram
**Sent:** 20 October 2017 17:05:56
**To:** Ellul John
**Subject:** RE: Enquiry - Arrest on 27 May 2017 (NOT PROTECTIVELY MARKED)

Thanks for your reply, John.
One quick note - it says DC Brook, not DC Brock.

Marcus

---

**From:** Ellul John [John.Ellul@city-of-london.pnn.police.uk]
**Sent:** Friday, October 20, 2017 10:42 AM
**To:** Marcus Baram
**Subject:** RE: Enquiry - Arrest on 27 May 2017 (NOT PROTECTIVELY MARKED)

Hi Marcus. Please see a response to your two most recent questions – apologies for the delay in replying.

As explained, it is our policy not to comment on anything relating to a name of someone who was arrested but not charged, which would include documentation such as this.

Having said that, we do not use documents such as this and do not believe it to be authentic. For instance, there is no such officer within City of London Police as "DC Brock."

In reference to your other question, we will not be going into any specific detail about the investigation, but you may find the below useful -

3

2

The investigation was completed and reviewed. There was insufficient evidence to provide a realistic prospect of conviction therefore no further action was taken against the suspect.

Thanks

John

<image002.png>

**John Ellul I Head of Media**
Corporate Communications I City of London Police
p 020 7601 2015 m 07803 305391 e john.ellul@cityoflondon.police.uk
w www.cityoflondon.police.uk t www.twitter.com/citypolice

**From:** Marcus Baram [mailto:MBaram@fastcompany.com]
**Sent:** 18 October 2017 21:42
**To:** Ellul John
**Cc:** Hockaday Merryn
**Subject:** RE: Enquiry - Arrest on 27 May 2017 (NOT PROTECTIVELY MARKED)

John and Merryn,

Hope you're well.

I've obtained the arrest report in the case we discussed earlier this week. Can you verify that the attached document is authentic?

Thank you,
Marcus Baram