# Exhibit 5

CITY OF LONDON POLICE: OFFICIAL - PARTNERS

1. Respondent
2. Teresa La Thangue
3. First
4. Exhibits  2
5. Date 23.5.19

**IN THE HIGH COURT OF JUSTICE**          Claim No. QB-2019-001236

**QUEENS BENCH DIVISION**

BETWEEN:

**MR SHERVIN PISHEVAR**

**Claimant**

-and-

**CITY OF LONDON POLICE**

**Respondent**

---

**WITNESS STATEMENT OF TERESA LA THANGUE**

---

I, Teresa La Thangue of PO Box 36451, 182 Bishopsgate, London EC2M 4WN, will say as follows :-

1. I am the Communications Director for the City of London Police and am authorised to make this statement on behalf of the Respondent. The contents of this statement are, unless otherwise stated, within my own knowledge.

2. On the 18 October 2017, Corporate Communications received an email from Marcus Baram, a journalist, stating that he had obtained the 'arrest report' in relation to matter that he had previously enquired about; a report of rape at the Ned Hotel on the 27 May 2017. I now produce marked "TLT/1" a copy of the said email.

3. In his email of the 18 October 2017, Marcus Baram asked us to verify that the document attached to his email was authentic. The attached document was a screenshot of what appeared to be an arrest report. I now produce marked "TLT/2" a copy of the attachment.

CITY OF LONDON POLICE: OFFICIAL - PARTNERS

CITY OF LONDON POLICE: OFFICIAL - PARTNERS

4. The 'arrest report' was sent to the City of London Police's Professional Standards Directorate who were able to confirm that the document was not a City of London Police document.

5. Thereafter, Marcus Baram was told, along with any other journalists who enquired, that it was a fake, explaining that it was not a document that is used by the City of London Police, and that the officer named does not work and has not worked for the City of London Police.

The contents of this statement are true to the best of my knowledge and belief

Signed ............................

Dated 23 MAY 2019

**IN THE HIGH COURT OF JUSTICE**　　　　　　　　　　Claim No. QB-2019-001236

**QUEENS BENCH DIVISION**

BETWEEN:

**MR SHERVIN PISHEVAR**

**Claimant**

-and-

**CITY OF LONDON POLICE**

**Respondent**

---

EXHIBIT "TLT/1" TO THE STATEMENT OF

TERESA LA THANGUE DATED 23/5/19

---

**Chadha, Paul**

| | |
|---|---|
| **From:** | La Thangue Teresa <Teresa.La-Thangue@city-of-london.pnn.police.uk> |
| **Sent:** | 10 November 2017 10:44 |
| **To:** | Cresswell Claire |
| **Subject:** | FW: Enquiry - Arrest on 27 May 2017 (NOT PROTECTIVELY MARKED) |
| **Attachments:** | unnamed (5).jpg |

Hi Claire

As requested, please find attached the email we received from Marcus Baram of Fast Company. The email contains a document that appears to be produced by CoLP.

The document was passed to PSD, staff in the crime directorate and Cmdr Gyford. Jon Witt in PSD and Anna Rice in crime confirmed the document was a fake.

We told Marcus and all other journalists who enquired about this 'arrest report' it was a fake, explaining this is not a document we use, and that the officer named does not work and has not worked for CoLP.

T



**Teresa La Thangue**
**Communications Director**
Corporate Communications | City of London Police
p 0207 601 2290  m 07803 305161
e teresa.la-thangue@cityoflondon.police.uk
w www.cityoflondon.police.uk  t www.twitter.com/citypolice

**From:** Ellul John
**Sent:** 18 October 2017 22:07
**To:** La Thangue Teresa <Teresa.La-Thangue@city-of-london.pnn.police.uk>
**Cc:** Hockaday Merryn <Merryn.Hockaday@city-of-london.pnn.police.uk>
**Subject:** FW: Enquiry - Arrest on 27 May 2017 (NOT PROTECTIVELY MARKED)

FYI for discussion tomorrow.

**From:** Marcus Baram
**Sent:** 18 October 2017 21:42:27
**To:** Ellul John
**Cc:** Hockaday Merryn
**Subject:** RE: Enquiry - Arrest on 27 May 2017 (NOT PROTECTIVELY MARKED)

John and Merryn,

Hope you're well.

I've obtained the arrest report in the case we discussed earlier this week. Can you verify that the attached document is authentic?

Thank you,
Marcus Baram

1

From: Elul John [John.Elul@city-of-london.pnn.police.uk]
Sent: Monday, October 16, 2017 8:48 AM
To: Marcus Baram
Cc: Hockaday Merryn
Subject: RE: Enquiry - Arrest on 27 May 2017 (NOT PROTECTIVELY MARKED)

Hi Marcus

Good to speak to you earlier.

As mentioned below, we follow UK College of Policing authorised professional practice (APP) guidelines on our media relations, including when it relates to naming of arrested persons. As such, we will not confirm or deny any name put to us in any form, of a person arrested but not charged.

ACPO became defunct in 2015 and the College introduced these new guidelines for all police forces in the UK with regard to media engagement in 2017 that supersedes the ACPO guidance.

https://www.app.college.police.uk/app-content/engagement-and-communication/media-relations/#naming-on-arrest

The below section may be of particular relevance –

> *This approach recognises that, in cases where the police name those who are arrested, there is a risk of unfair damage to the reputations of those persons, particularly if they are never charged. It cannot and does not seek to prevent the media relying on information from sources outside the police in order to confirm identities.*

I believe you also asked a colleague on Friday if we were reviewing the original investigation, or if we had reopened the investigation. I can confirm that neither of these is the case.

Thanks

John



John Elul | Head of Media
Corporate Communications | City of London Police
p 020 7601 2015  m 07803 305391  e john.elul@cityoflondon.police.uk
w www.cityoflondon.police.uk  t www.twitter.com/citypolice

From: Marcus Baram [mailto:MBaram@fastcompany.com]
Sent: 15 October 2017 03:41
To: Hockaday Merryn <Merryn.Hockaday@city-of-london.pnn.police.uk>
Subject: RE: Enquiry - Arrest on 27 May 2017 (NOT PROTECTIVELY MARKED)

Thank you, Merryn.

But I have a follow-up question. According to what I've researched about police protocol in the UK, the police can confirm an arrestee's identity if a member of the media has already ascertained it through investigative journalism, per this note from the Association of Chief Police Officers (ACPO).

Here is the relevant section of the guidelines:

2

"In what it terms 'exceptional circumstances', the ACPO guidelines accept that police may release the name of a suspect prior to a charge, if it is in the public interest to do so. Moreover, when a media organisation has already discovered the suspect's name through investigative journalism and seek confirmation of it, the police are permitted to confirm the name."

https://www.inbrief.co.uk/media-law/media-identification-of-suspects/

Thus, I'd like to confirm the identity of Shervin Pishevar (DOB: 3/24/1974) as the individual arrested on suspicion of rape at The Ned hotel on 27 Poultry on May 27, 2017, per our discussion on Friday afternoon.

Thank you,

Marcus Baram
Senior News Editor
Fast Company
(212 255-2655)

From: Hockaday Merryn [Merryn.Hockaday@city-of-london.pnn.police.uk]
Sent: Friday, October 13, 2017 10:06 AM
To: Marcus Baram
Subject: Enquiry - Arrest on 27 May 2017 (NOT PROTECTIVELY MARKED)

Classification: NOT PROTECTIVELY MARKED

Hi Marcus,

Following your question around whether an arrest took place at the Ned hotel on 27 May 2017, please see our lines below:

"Following an investigation into a report of a rape at a location on Poultry, EC2, on Saturday, 27 May 2017, we can confirm that no further action will be taken.

"A 43-year-old man from San Francisco was initially arrested on suspicion of rape before being released under investigation."

Kind regards,

Merryn



**Merryn Hockaday | Media and Engagement Manager**
Corporate Communications | City of London Police
p 0207 164 8272
e merryn.hockaday@cityoflondon.police.uk
w www.cityoflondon.police.uk  t www.twitter.com/citypolice

Please consider the environment before printing my email
##################################################################################
Note:
This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any

3

hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. City of London Police and any of its subsidiaries each reserve the right to monitor all e-mail communications through its networks.

Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorised to state them to be the views of any such entity.

All incoming and outgoing emails are virus checked, however we cannot guarantee that this message or any attachment is virus free or has not been intercepted and amended. City of London Police accepts no liability in respect of any loss, cost, damage or expense as suffered as a result of receiving this message or any attachments

City of London Police
Website: http://www.cityoflondon.police.uk/
##############################################################################
##############################################################################

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

Please consider the environment before printing my email
##############################################################################

Note:
This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. City of London Police and any of its subsidiaries each reserve the right to monitor all e-mail communications through its networks.

Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorised to state them to be the views of any such entity.

All incoming and outgoing emails are virus checked, however we cannot guarantee that this message or any attachment is virus free or has not been intercepted and amended. City of London Police accepts no liability in respect of any loss, cost, damage or expense as suffered as a result of receiving this message or any attachments

City of London Police
Website: http://www.cityoflondon.police.uk/
##############################################################################
##############################################################################

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

**IN THE HIGH COURT OF JUSTICE**  Claim No. QB-2019-001236

**QUEENS BENCH DIVISION**

**BETWEEN:**

**MR SHERVIN PISHEVAR**

**Claimant**

-and-

**CITY OF LONDON POLICE**

**Respondent**

---

**EXHIBIT "TLT/2" TO THE STATEMENT OF**

**TERESA LA THANGUE DATED** 23/5/19

---

# EXHIBIT REMOVED, TO BE PROVIDED UNDER SEAL AT THE COURT'S REQUEST