# Exhibit 6

**Stefano Ruis**

| | |
|---|---|
| **From:** | Alison Anthoine <aanthoine@mansueto.com> |
| **Sent:** | 17 September 2019 21:53 |
| **To:** | Lucas Bento |
| **Cc:** | Alexander Wentworth-Ping |
| **Subject:** | Re: Subpoena re Forged Police Report |

[EXTERNAL EMAIL]

Lucas,

I can clarify that none of the redactions in Mr. Bram's notes shield the author or any distributor of the Forged Police Report.

Mr. Baram has told me that he first received a communication via Signal (of which the is no record) from his source about the "police report" and subsequently met his source at a café. The source had a copy of the "report" as a jpeg file on a thumb drive, which Mr. Baram copied onto his laptop. Mr. Baram doesn't recall whether the source took back the thumb drive or he tossed it right after the meeting, but he did not keep it.

Best,
Alison
~~~~~~~~~~~~~~~~~~~~
Alison Anthoine, Esq.
Legal & Business Affairs
Mansueto Ventures LLC
7 World Trade Center
New York, NY 10007
aanthoine@mansueto.com
212.396.0510
~~~~~~~~~~~~~~~~~~~~

**From:** Lucas Bento
**Date:** Tuesday, September 17, 2019 at 4:35 PM
**To:** Alison Anthoine
**Cc:** Alexander Wentworth-Ping
**Subject:** RE: Subpoena re Forged Police Report

Thank you, Alison. Since it may be difficult for us to connect in the next couple of weeks, I would appreciate if you could clarify the following:

- Are any of the redactions shielding sources about who authored or distributed the forged police report? We assume that these redactions are only relate to Mr. Baram's confidential sources on other aspects of the story or other unrelated stories, but if the redactions relate to the identity of the author of the forged police report, we request that it be produced without redactions.

- Can you please clarify how Mr. Baram obtained a copy of the fake report? Again, this obviously goes to the identity of the report's author, which is the essence of the subpoena.

I would greatly appreciate an answer to the above today. Happy to jump on a call to discuss if easier.

Many thanks,

1

Lucas

**Lucas Bento**
*Senior Associate (Admitted in New York and England & Wales)*
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7552 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
lucasbento@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Alison Anthoine [mailto:aanthoine@mansueto.com]
**Sent:** Tuesday, September 17, 2019 3:56 PM
**To:** Lucas Bento
**Cc:** Alexander Wentworth-Ping
**Subject:** Re: Subpoena re Forged Police Report

**[EXTERNAL EMAIL]**

Lucas,

Attached is the second of 2 zip files containing documents responsive to your subpoena.

Thanks,
Alison
~~~~~~~~~~~~~~~~~~~~
Alison Anthoine, Esq.
Legal & Business Affairs
Mansueto Ventures LLC
7 World Trade Center
New York, NY 10007
aanthoine@mansueto.com
212.396.0510
~~~~~~~~~~~~~~~~~~~~

**From:** Lucas Bento <lucasbento@quinnemanuel.com>
**Date:** Tuesday, September 17, 2019 at 3:26 PM
**To:** Alison Anthoine <aanthoine@mansueto.com>
**Cc:** Alexander Wentworth-Ping <alexwentworthping@quinnemanuel.com>
**Subject:** RE: Subpoena re Forged Police Report

Alison,

Thank you for your email. We look forward to your production today. It may make sense to arrange a meet and confer once we've had a chance to review your materials.

Thanks,

Lucas

**Lucas Bento**
Senior Associate (Admitted in New York and England & Wales)
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7552 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
lucasbento@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Alison Anthoine [mailto:aanthoine@mansueto.com]
**Sent:** Tuesday, September 17, 2019 3:07 PM
**To:** Lucas Bento <lucasbento@quinnemanuel.com>
**Subject:** Subpoena re Forged Police Report

**[EXTERNAL EMAIL]**

Lucas,

I am mindful that today is my deadline for responding to your subpoena. I have collected various documents reflecting notes and correspondence of Marcus Baram as he was reporting the story and following up on it, but none

3

of them include any information sufficient to identify the identify and location of the Report Author or any other distributor of the Forged Police Report. I am willing to deliver to you what I have collected, with redactions from Mr. Baram's notes under a claim of reporter's privilege to protect his confidential sources. I have also prepared a list of my correspondence with Mr. Baram and his editor with respect to the story published in November 2017 (not 2018 as per the subpoena), over which I assert attorney-client privilege.

I am prepared to send you the documents and the list of privileged attorney-client correspondence in a zip file, even though none of them provides any lead to finding the Report Author. As Mr. Baram's subsequent correspondence shows, he is as interested as you are in finding the Report Author.

Thanks,
Alison
~~~~~~~~~~~~~~~~~~
Alison Anthoine, Esq.
Legal & Business Affairs
Mansueto Ventures LLC
7 World Trade Center
New York, NY 10007
aanthoine@mansueto.com
212.396.0510
~~~~~~~~~~~~~~~~~~