# Exhibit 10

> *Changes to legislation:* Forgery and Counterfeiting Act 1981 is up to date with all changes known to be in force
> on or before 14 March 2019. There are changes that may be brought into force at a future date. Changes that
> have been made appear in the content and are referenced with annotations. (See end of Document for details)



# Forgery and Counterfeiting Act 1981

### 1981 CHAPTER 45

An Act to make fresh provision for England and Wales and Northern Ireland with respect to forgery and kindred offences; to make fresh provision for Great Britain and Northern Ireland with respect to the counterfeiting of notes and coins and kindred offences; to amend the penalties for offences under section 63 of the Post Office Act 1953; and for connected purposes.                     [27th July 1981]

| Annotations: |
| --- |
| **Commencement Information** |
| I1    Act not in force at Royal Assent see s. 33. Act wholly in force at 28.10.1981. |

## PART I

### FORGERY AND KINDRED OFFENCES

| Annotations: |
| --- |
| **Modifications etc. (not altering text)** |
| C1    Pt. I (ss.1-13) modified (11.11.1999) by 1999 c. 33, ss. 31(3)(a), 170(3)(e) |

*Offences*

**1      The offence of forgery.**

A person is guilty of forgery if he makes a false instrument, with the intention that he or another shall use it to induce somebody to accept it as genuine, and by reason of so accepting it to do or not to do some act to his own or any other person's prejudice.

*Changes to legislation: Forgery and Counterfeiting Act 1981 is up to date with all changes known to be in force on or before 14 March 2019. There are changes that may be brought into force at a future date. Changes that have been made appear in the content and are referenced with annotations. (See end of Document for details)*

**2      The offence of copying a false instrument.**

It is an offence for a person to make a copy of an instrument which is, and which he knows or believes to be, a false instrument, with the intention that he or another shall use it to induce somebody to accept it as a copy of a genuine instrument, and by reason of so accepting it to do or not to do some act to his own or any other person's prejudice.

**3      The offence of using a false instrument.**

It is an offence for a person to use an instrument which is, and which he knows or believes to be, false, with the intention of inducing somebody to accept it as genuine, and by reason of so accepting it to do or not to do some act to his own or any other person's prejudice.

**4      The offence of using a copy of a false instrument.**

It is an offence for a person to use a copy of an instrument which is, and which he knows or believes to be, a false instrument, with the intention of inducing somebody to accept it as a copy of a genuine instrument, and by reason of so accepting it to do or not to do some act to his own or any other person's prejudice.

**5      Offences relating to money orders, share certificates, passports, etc.**

(1) It is an offence for a person to have in his custody or under his control an instrument to which this section applies which is, and which he knows or believes to be, false, with the intention that he or another shall use it to induce somebody to accept it as genuine, and by reason of so accepting it to do or not to do some act to his own or any other person's prejudice.

(2) It is an offence for a person to have in his custody or under his control, without lawful authority or excuse, an instrument to which this section applies which is, and which he knows or believes to be, false.

(3) It is an offence for a person to make or to have in his custody or under his control a machine or implement, or paper or any other material, which to his knowledge is or has been specially designed or adapted for the making of an instrument to which this section applies, with the intention that he or another shall make an instrument to which this section applies which is false and that he or another shall use the instrument to induce somebody to accept it as genuine, and by reason of so accepting it to do or not to do some act to his own or any other person's prejudice.

(4) It is an offence for a person to make or to have in his custody or under his control any such machine, implement, paper or material, without lawful authority or excuse.

(5) The instruments to which this section applies are—

    (a)   money orders;
    (b)   postal orders;
    (c)   United Kingdom postage stamps;
    (d)   Inland Revenue stamps;
    (e)   share certificates;
[F1](f)   . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
[F2][F3]( fa )]   . . . . . . . . . . . . . . . . . . . . . . . . . . . .
    (g)   cheques[F4and other bills of exchange ];

*Changes to legislation: Forgery and Counterfeiting Act 1981 is up to date with all changes known to be in force
on or before 14 March 2019. There are changes that may be brought into force at a future date. Changes that
have been made appear in the content and are referenced with annotations. (See end of Document for details)*

*Interpretation of Part I*

**8        Meaning of "instrument".**

(1) Subject to subsection (2) below, in this Part of this Act "instrument" means—

    (a)  any document, whether of a formal or informal character;

    (b)  any stamp issued or sold by [F15a postal operator];

    (c)  any Inland Revenue stamp; and

    (d)  any disc, tape, sound track or other device on or in which information is recorded or stored by mechanical, electronic or other means.

(2) A currency note within the meaning of Part II of this Act is not an instrument for the purposes of this Part of this Act.

(3) A mark denoting payment of postage which the [F16a postal operator authorises] to be used instead of an adhesive stamp is to be treated for the purposes of this Part of this Act as if it were a stamp issued by [F17the postal operator concerned].

[F18(3A) In this section "postal operator" has [F19the meaning given by section 27 of the Postal Services Act 2011 ].]

(4) In this Part of this Act "Inland Revenue stamp" means a stamp as defined in section 27 of the M1Stamp Duties Management Act 1891.

---

**Annotations:**

**Amendments (Textual)**
F15   Words in s. 8(1)(b) substituted (26.3.2001) by S.I. 2001/1149, art. 3(1), **Sch. 1 para. 50(2)**
F16   Words in s. 8(3) substituted (26.3.2001) by S.I. 2001/1149, art. 3(1), **Sch. 1 para. 50(3)(a)**
F17   Words in s. 8(3) substituted (26.3.2001) by S.I. 2001/1149, art. 3(1), **Sch. 1 para. 50(3)(b)**
F18   S. 8(3A) inserted (26.3.2001) by S.I. 2001/1149, art. 3(1), **Sch. 1 para. 50(4)**
F19   Words in s. 8(3A) substituted (1.10.2011) by Postal Services Act 2011 (c. 5), s. 93(2)(3), **Sch. 12 para. 111**; S.I. 2011/2329, art. 3

**Marginal Citations**
M1    1891 c. 38.

---

**9        Meaning of "false" and "making".**

(1) An instrument is false for the purposes of this Part of this Act—

    (a)  if it purports to have been made in the form in which it is made by a person who did not in fact make it in that form; or

    (b)  if it purports to have been made in the form in which it is made on the authority of a person who did not in fact authorise its making in that form; or

    (c)  if it purports to have been made in the terms in which it is made by a person who did not in fact make it in those terms; or

    (d)  if it purports to have been made in the terms in which it is made on the authority of a person who did not in fact authorise its making in those terms; or

    (e)  if it purports to have been altered in any respect by a person who did not in fact alter it in that respect; or