# Exhibit 12

Case 1:21-mc-00105-ABJ-RMM   Document 1-41   Filed 08/06/21   Page 2 of 2

*Fraud Act 2006 (c. 35)* 3
Document Generated: 2017-10-23

Changes to legislation: There are currently no known outstanding effects for
the Fraud Act 2006, Cross Heading: Fraud. (See end of Document for details)

6   **Possession etc. of articles for use in frauds**

(1) A person is guilty of an offence if he has in his possession or under his control any article for use in the course of or in connection with any fraud.

(2) A person guilty of an offence under this section is liable—
- (a) on summary conviction, to imprisonment for a term not exceeding 12 months or to a fine not exceeding the statutory maximum (or to both);
- (b) on conviction on indictment, to imprisonment for a term not exceeding 5 years or to a fine (or to both).

(3) Subsection (2)(a) applies in relation to Northern Ireland as if the reference to 12 months were a reference to 6 months.

7   **Making or supplying articles for use in frauds**

(1) A person is guilty of an offence if he makes, adapts, supplies or offers to supply any article—
- (a) knowing that it is designed or adapted for use in the course of or in connection with fraud, or
- (b) intending it to be used to commit, or assist in the commission of, fraud.

(2) A person guilty of an offence under this section is liable—
- (a) on summary conviction, to imprisonment for a term not exceeding 12 months or to a fine not exceeding the statutory maximum (or to both);
- (b) on conviction on indictment, to imprisonment for a term not exceeding 10 years or to a fine (or to both).

(3) Subsection (2)(a) applies in relation to Northern Ireland as if the reference to 12 months were a reference to 6 months.

8   **"Article"**

(1) For the purposes of—
- (a) sections 6 and 7, and
- (b) the provisions listed in subsection (2), so far as they relate to articles for use in the course of or in connection with fraud,

"article" includes any program or data held in electronic form.

(2) The provisions are—
- (a) section 1(7)(b) of the Police and Criminal Evidence Act 1984 (c. 60),
- (b) section 2(8)(b) of the Armed Forces Act 2001 (c. 19), and
- (c) Article 3(7)(b) of the Police and Criminal Evidence (Northern Ireland) Order 1989 (S.I. 1989/1341 (N.I. 12));

(meaning of "prohibited articles" for the purposes of stop and search powers).

9   **Participating in fraudulent business carried on by sole trader etc.**

(1) A person is guilty of an offence if he is knowingly a party to the carrying on of a business to which this section applies.

(2) This section applies to a business which is carried on—