# Exhibit 14

*Changes to legislation: There are currently no known outstanding effects for the Prosecution of Offences Act 1985, Section 6. (See end of Document for details)*



# Prosecution of Offences Act 1985

## 1985 CHAPTER 23

### PART I

#### THE CROWN PROSECUTION SERVICE

*Constitution and functions of Service*

6 **Prosecutions instituted and conducted otherwise than by the Service.**

(1) Subject to subsection (2) below, nothing in this Part shall preclude any person from instituting any criminal proceedings or conducting any criminal proceedings to which the Director's duty to take over the conduct of proceedings does not apply.

(2) Where criminal proceedings are instituted in circumstances in which the Director is not under a duty to take over their conduct, he may nevertheless do so at any stage.

**Changes to legislation:**
There are currently no known outstanding effects for the Prosecution of Offences Act 1985, Section 6.