UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF SHERVIN PISHEVAR FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 | Case No. 1:21-mc-00105 |

**DECLARATION OF LUCAS V.M. BENTO IN SUPPORT OF MOTION
FOR ADMISSION PRO HAC VICE**

In support of the Motion for his appearance, *pro hac vice*, in the above case, Lucas V.M. Bento represents to this Honorable Court the following:

1. My full name is Lucas V.M. Bento.

2. I am Of Counsel in the law firm Quinn Emanuel Urquhart & Sullivan, LLP, Pennzoil Place, 51 Madison Ave 22nd floor, New York, NY 10010.  My telephone number is 212-849-7000.

3. I am admitted to practice before the highest court of the New York (Bar No. 4907986) to which I was admitted in 2011.  I am also admitted to practice in the District Court of the Southern District of New York and the United States Court of Appeals for the Second Circuit.

4. No disciplinary proceedings are pending or proposed against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

5. I have not been admitted *pro hac vice* in this Court within the past two years.  I do not practice law from an office located in the District of Columbia, am not a member of the District of Columbia Bar, and do not have an application for the District of Columbia Bar pending.

6. For all of these reasons, I respectfully request that this Court issue an Order admitting me to appear *pro hac vice*. I will abide by the Rules of this Court, and I acknowledge that if I admitted *pro hac vice*, I will be within the disciplinary jurisdiction of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 9, 2021

/s/  Lucas V.M. Bento
Lucas V.M. Bento
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Ave., Floor 22
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
lucasbento@quinnemanuel.com

*Attorney for Petitioner Shervin Pishevar*