# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF SHERVIN PISHEVAR FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 | Case No. 21-mc-00105-(ABJ)-(RMM) |

## APPEARANCE OF COUNSEL

To**:**   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Petitioner Shervin Pishevar.

Date:   January 7, 2022

*/s/ JP Kernisan*
Jan-Philip (JP) Kernisan (DC Bar No. 1000895)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street, NW Suite 900
Washington, D.C. 20005
jpkernisan@quinnemanuel.com
Telephone: (202) 538-8000
Fax: (202) 538-8100