UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF SHERVIN PISHEVAR FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 | Case No. 1:21-mc-00105-ABJ-RMM |

## [PROPOSED] ORDER AUTHORIZING EXPEDITED DISCOVERY

**WHEREAS,** upon consideration of the *ex parte* Application And Petition For An Order To Conduct Discovery For Use In Foreign Proceedings Pursuant To 28 U.S.C. § 1782 (the "Application"), submitted by Mr. Shervin Pishevar and all papers submitted in support thereof, this Court finds that (1) the statutory requirements of 28 U.S.C. § 1782 are satisfied, and (2) the factors identified by the United States Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004), weigh in favor of granting the Application.

**WHEREAS,** the Application was filed on August 6, 2021; and

**WHEREAS,** Petitioner has demonstrated good cause to expedite discovery;

It is therefore ORDERED that

(a) the Application is granted;

(b) Petitioner is authorized to serve the subpoenas annexed as Exhibit 2 to the declaration of Lucas Bento upon Bean LLC a/k/a Fusion GPS ("Respondent"); and

(c) Petitioner is authorized to use any evidence obtained pursuant to the Subpoenas in any additional proceeding arising out of the same facts or transactions underlying Petitioner's Application; and

  (d)  Respondents are directed to respond to such subpoenas pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court.

**SO ORDERED.**

Date: _____, 2022

                _____
                UNITED STATED MAGISTRATE
                JUDGE ROBIN M. MERIWEATHER