# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF SHERVIN PISHEVAR FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 | Case No. 21-mc-105 |

## ORDER

For the reasons set forth in the Memorandum Opinion accompanying this Order, Shervin Pishevar's *Ex Parte* Application and Petition for an Order to Conduct Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782, ECF No. 1, is **GRANTED**. Mr. Pishevar is authorized to serve the two subpoenas annexed as Exhibit 2 to the Declaration of Lucas Bento on Bean LLC, also known as Fusion GPS. Fusion GPS must respond or object to the subpoenas consistent with the Federal Rules of Civil Procedure and the Local Rules of this Court.

**SO ORDERED** this February 17, 2023

ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE