UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION PISHEVAR FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 | Case No. 1:21-mc-00105-ABJ-RMM |

**APPEARANCE OF COUNSEL**

To the clerk of the court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for respondent Bean LLC d/b/a Fusion GPS.

Date: March 22, 2023                    /s/ Rachel M. Clattenburg

Rachel M. Clattenburg (D.C. Bar No. 1018164)
LEVY FIRESTONE MUSE LLP
900 17th St. NW, Suite 1200
Washington, DC 20006
Tel: (202) 845-3215
Fax: (202) 595-8253
rmc@levyfirestone.com

*Counsel for Fusion GPS*