CO-386
10/2018

# United States District Court
# For the District of Columbia

IN RE APPLICATION OF SHERVIN PISHEVAR FOR  )
AN ORDER TO TAKE DISCOVERY FOR USE IN     )
FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. )
S. 1782                                   )
                                          )
                    Plaintiff             )          Civil Action No. __21-mc-105-ABJ-RMM__
        vs                                )
                                          )
                                          )
                                          )
                                          )
                    Defendant             )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Bean LLC d/b/a Fusion GPS__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Bean LLC d/b/a Fusion GPS__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ *Rachel M. Clattenburg*
_____
Signature

D.C. Bar 1018164
BAR IDENTIFICATION NO.

Rachel M. Clattenburg
Print Name

900 17th St. NW, Suite 1200
Address

Washington, DC     20006
City          State        Zip Code

202-845-3215
Phone Number