UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF SHERVIN PISHEVAR FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 | Case No. 21-mc-00105-(ABJ)-(RMM) |

### SUPPLEMENTAL DECLARATION OF LUCAS BENTO

Pursuant to 28 U.S.C. § 1746, I, Lucas Bento, declare as follows:

1. I am an attorney duly admitted to practice in New York and before this Court. I am Of Counsel in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Shervin Pishevar ("Petitioner") in this matter.

2. I respectfully submit this supplemental declaration in support of the Memorandum of Law in Support of Petitioner's Opposition to Fusion GPS's Motion to Quash Subpoena for Deposition and Subpoena for Documents or, in the Alternative, for a Protective Order (the "Motion" or "Mot.") (ECF No. 12).

3. Attached hereto as **Exhibit 1** is a true and accurate copy of the Declaration of Joshua Levy filed in *United States v. Michael Sussman*, 1:21-cr-00582-CRC, ECF No. 103-1 (April 26, 2022). Paragraph 29 of Mr. Levy's Declaration describes Glenn Simpson and Peter Fritsch as "two of Fusion GPS's owners."

4. Attached hereto as **Exhibit 2** is a true and accurate copy of Non-Party Fusion GPS's Opposition to Government's Motion to Compel the Production of Purported Privileged Communications for *In Camera* Inspection by the Court ("Opposition to Motion to Compel"), filed by Joshua Levy in *United States v. Michael Sussman*, 1:21-cr-00582-CRC, ECF No. 103 (April

1

26, 2022).  The Opposition to Motion to Compel refers to Glenn Simpson and Peter Fritsch as "two Fusion principals."  Id. at 17.

5. Attached hereto as **Exhibit 3** is a true and accurate copy of Mr. Fritsch's LinkedIn profile, last accessed on April 17, 2023, and available at:  https://www.linkedin.com/in/peter-fritsch-940980a?original_referer=https%3A%2F%2Fwww.google.com%2F.

6. Attached hereto as **Exhibit 4** is a true and accurate copy of the deposition of Sam G. Anson taken on March 14, 2023.

7. Attached hereto as **Exhibit 5** is a true and accurate copy of an email chain dated March 7, 2023 from Joshua Levy to Lucas Bento and Valerie Ramos, copying Rachel Clattenburg.

8. During the meet and confer scheduled and referenced in Exhibit 5, in lieu of responding to the Subpoenas, Mr. Levy offered to provide a declaration from Mr. Simpson to the effect that Fusion GPS was unaware of who the UK Source was and is not aware of having received or sent a copy of the Forged Police Report.  I responded that I would seek my client's instructions but explained that the contents of the proposed declaration are inconsistent with the facts.

9. Attached hereto as **Exhibit 6** is a true and accurate copy of an article written by Alex Davies and published by *Wired* titled "Travis Kalanick's Great Defender Writes a Hell of a Motivational Letter" on August 30, 2017, last accessed on April 16, 2023, and available at https://www.wired.com/story/uber-shervin-pishevar-kalanick-letter/.

10. Attached hereto as **Exhibit 7** is a true and accurate copy of the Declaration of Peter Fritsch in *Bean LLC v. Defendant Bank*, 17-cv-02187, ECF No. 2-2 at ¶ 3 (October 19, 2017

D.D.C).  Paragraph 3 of Mr. Fritsch's declaration states that "Fusion GPS is a partnership of four individuals."

11. Attached hereto as **Exhibit 8** is a true and accurate copy of an article written by Billy House and published by *Bloomberg* titled "Executives of Firm Tied to Trump Dossier Take the Fifth at Committee Meeting" on October 18, 2017, last accessed April 16, 2023, and available at https://www.bloomberg.com/news/articles/2017-10-18/executives-of-firm-tied-to-trump-dossier-won-t-answer-queries.  Exhibit 8 described "Peter Fritsch and Thomas Catan" as "Fusion GPS partners."

12. Attached hereto as **Exhibit 9** is a true and accurate copy of Thomas Catan's LinkedIn Profile, last accessed on April 10, 2023 and available at https://www.linkedin.com/in/thomas-catan-b7590530.

13. Attached hereto as **Exhibit 10** is a printout of the tax assessment for 6309 Dahlonega Rd., Bethesda, MD, listing Peter Fritsch as the owner, from the Maryland Department of Assessments and Taxation, last accessed on April 16, 2023 and available at https://sdat.dat.maryland.gov/RealProperty/Pages/default.aspx.

14. Attached hereto as **Exhibit 11** is a true and accurate copy of the Affidavit of David Felter, a Private Process Server that served Bean LLC (a/k/a Fusion GPS) with the Subpoenas on February 27, 2023.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in New York, New York on April 17, 2023.

_____
Lucas Bento