UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF SHERVIN PISHEVAR FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 | Case No. 21-mc-00105-ABJ-RMM |

**REPLY IN SUPPORT OF PETITIONER'S SUPPLEMENTED MOTION FOR LEAVE TO FILE THE DECLARATION OF MARCUS BARAM, OR IN THE ALTERNATIVE, LEAVE TO FILE A SUR-REPLY**

Petitioner Shervin Pishevar respectfully submits this Reply in Support of its Motion for Leave to File the Declaration of Marcus Baram, or in the Alternative, Leave to File a Sur-reply for the *sole* purpose of exhibiting the Declaration of Marcus Baram.

1.  In its Opposition, Respondent claims that Mr. Baram's Declaration will be of no help to the Court, and on that basis, Petitioner's request should be denied. Such is not the case. With competing recitation of facts, this Court is entitled to consider the credibility of the information before it.

2.  On the one hand, Respondent has provided this Court with a barebones Declaration from Mr. Simpson, with no reference to any measures taken to confirm that Fusion GPS had no involvement.

3.  On the other hand, Petitioner has undergone great lengths and expense to submit testimony of a private investigator—who *required* Petitioner to formally obtain a subpoena prior to providing him any information—and a statement from a disinterested journalist—who has repeatedly resisted Petitioner's attempts to obtain his source. Despite these great efforts to uncover to truth, Respondent would still rather weave a conspiracy story as to how three individuals, with nothing to gain from one another, would target Respondent for the discovery of information that Respondent claims does not exist. That is nonsensical.

4.        Moreover, contrary to its Opposition, Respondent could not have questioned the credibility of Mr. Anson's deposition testimony in its opening Motion for the simple reason that Respondent had not yet received or read Mr. Anson's testimony.

## CONCLUSION

For the foregoing reasons, Petitioner respectfully requests that the Court grant leave for Petitioner to file the Declaration of Mr. Baram.

| | |
|---|---|
| Dated: Washington, D.C.<br>May 30, 2023 | Respectfully submitted,<br><br>/s/ *Valerie J. Ramos*<br><br>Valerie J. Ramos (D.C. Bar No. 241050)<br>Jan-Philip (JP) Kernisan (DC Bar No. 1000895)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>1300 I Street, NW Suite 900<br>Washington, D.C. 20005<br>Telephone: (202) 538-8000<br>Fax: (202) 538-8100<br>jpkernisan@quinnemanuel.com<br>valerieramos@quinnemanuel.com<br><br>Lucas V.M. Bento (*pro hac vice granted*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Ave., Floor 22<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>lucasbento@quinnemanuel.com<br><br>*Attorneys for Petitioner Shervin Pishevar* |

3